UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>590 HANSON ROAD, CHINA, MAINE )<br>)<br>Defendant. ) | CIVIL NO. 1:24-cv-00167-JAW |

**NOTICE OF CLAIM**

I, Xiao Liao, being first duly sworn under oath, state the following facts, which are true to the best of my knowledge and belief:

1. I am an adult over the age of majority, residing in Massachusetts, and make this affidavit by my free act and deed.

2. I am the true owner of Record for the property located at 590 Hanson Road, China, Maine, registered with the Kennebec County Registry of Deeds located in Book 14004, Page 198.

3. As such owner, I hereby make claim to such property.

Dated: 7/10/24

_____
Xiao Liao

STATE OF MAINE                                                              July 10, 2024
CUMBERLAND, ss.

    Personally appeared the above-named Xiao Liao and swore that the above information is true, based upon her personal knowledge, and where stated upon information and belief, the affiant believes the information to be true.

    Before me,

*Serena M. Tarr*
Notary Public

Serena M. Tarr
Notary Public, State of Maine
My Commission Expires   Dec. 3, 2028

Commission Expiration Date

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL NO. 1:24-cv-00167-JAW** |
| ) | |
| 590 HANSON ROAD, CHINA, MAINE ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Stephen M. Sweatt, attorney for interested party Xiao Liao, hereby certify that I have caused the above Notice of Claim to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record, including the Government Attorney designated under Rule G(4)(a)(ii)(C) of the Supplemental Rules of Certain Admiralty and Maritime Claims.

Dated this 10th day of July, 2024 in Portland, Maine.

Respectfully Submitted,

/s/ Stephen M. Sweatt, Bar No. 6270
Attorney for Xiao Liao
ZERILLO LAW FIRM, LLC
1250 Forest Avenue, Ste 3A
Portland, ME 04103
*stephen@zerillolaw.com*