# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>590 HANSON ROAD,<br>CHINA, MAINE, with all appurtenances<br>and improvements thereon,<br><br>   Defendant *In Rem*. | No. 1:24-cv-00167-JAW |

## **DECLARATION**

I, Kimberley P. Woodward, declare as follows:

1. I am a Paralegal Specialist in the office of the United States Attorney for the District of Maine. My duties include assisting Andrew K. Lizottte and other Assistant U.S. Attorneys with asset forfeiture cases. In connection with my duties as such, I have custody and control of certain records relating to this case. My knowledge of the facts stated below is derived from these records which are kept in the ordinary course of business and from my personal knowledge.

2. Between May 22, 2024 and June 20, 2024, I caused to be published, pursuant to the provisions of Rules C and G(4)(a)(iii) of the Supplemental Rules of Certain Admiralty and Maritime Claims, public notice on the official government website www.forfeiture.gov announcing that the United States was pursuing a civil forfeiture action against the above-entitled defendant-in-rem; that forfeiture is being sought; and that anyone wishing to assert a legal interest in said property should file a claim with this Court. A copy of said published Notice of Forfeiture Action is attached hereto as Attachment 1, together with an Advertisement Certification Report.

  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated at Portland, Maine this 25th day of November, 2025.

                                                ANDREW B. BENSON
                                                United States Attorney

                                                Andrew K. Lizotte
                                                Assistant U.S. Attorney

                                                <u>/s/ Kimberley P. Woodward</u>
                                                Kimberley P. Woodward
                                                Paralegal Specialist
                                                U.S. Attorney's Office

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 25, 2025, I caused the foregoing Advertising Declaration to be electronically filed with Clerk of Court using the CM/ECF system, which sent such notice to the individuals and entities who have entered appearances in this case, pursuant to the Court's ECF system.

ANDREW B. BENSON
United States Attorney

Andrew K. Lizotte
Assistant U.S. Attorney


/s/ Kimberley P. Woodward
Kimberley P. Woodward
Paralegal Specialist
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 771-3236
Kim.woodward@usdoj.gov